**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF ILLINOIS, STATE OF ILLINOIS DEPARTMENT OF TRANSPORTATION, and CITY OF CHICAGO *ex rel.* ANGELO MILAZZO, | No. 17-cv-3062 |
| Plaintiff-Relator, | Judge John J. Tharp, Jr. |
| v. | |
| JOEL KENNEDY CONSTRUCTING CORP., JOEL W. KENNEDY, *et al.*, | **Jury Trial Demanded** |
| Defendants. | |

# Exhibit A

**RETURN WITH BID**

# 77

| Proposal Submitted By |
|---|
| Name |
| Address |
| City |

## Letting  November 18, 2011

BIDDERS NEED NOT RETURN THE ENTIRE PROPOSAL
(See instructions inside front cover)

### NOTICE TO PROSPECTIVE BIDDERS
This proposal can be used for bidding purposes by only those companies that request and receive written AUTHORIZATION TO BID from IDOT's Central Bureau of Construction.  This does not apply to Small Business Set-Asides.
(SEE INSTRUCTIONS ON THE INSIDE OF COVER)

# Notice to Bidders, Specifications, Proposal, Contract and Contract Bond



**Illinois Department of Transportation**

**Springfield, Illinois 62764**

**Contract No. 60F90**
**COOK County**
**Section 0102.5-T**
**Route FAI 190**
**District 1 Construction Funds**

| PLEASE MARK THE APPROPRIATE BOX BELOW: |
|---|
| ☐ A <u>Bid</u> <u>Bond</u> is included. |
| ☐ A <u>Cashier's</u> <u>Check</u> or a <u>Certified</u> <u>Check</u> is included. |

| |
|---|
| Prepared by     S |
| Checked by |

(Printed by authority of the State of Illinois)

**Exhibit 7**

```
DTGI2236:BCMR036              ILLINOIS DEPARTMENT OF TRANSPORTATION
09/16/15 14:04:38               FINAL ACCEPTANCE OF IMPROVEMENT
```

IMPROVEMENT FUNDED BY: STATE


TO CONTRACTOR:

JOEL KENNEDY CONSTRUCTING CORP
PO BOX 509
GURNEE          IL 60031-0509                        SEP 21 2015


================================================================================
                  DESIGNATION BY DEPARTMENT OF TRANSPORTATION

ROUTE: FAI 190

SECTION: 0102.5-T                              COUNTY: 031 COOK

PROJECT:

CONTRACT: 60F90      JOB:   C-91-287-09

TYPE OF IMPROVEMENT:

STORM SEWER INSTALLATION AT I-190/I-294 (TRI-STATE TOLLWAY) FROM THE
CANADIAN NATIONAL RAILROAD TO THE DES PLAINES RIVER IN CHICAGO
AND ROSEMONT.

TIME EXTENDED TO 10/11/13 + 5 WD'S PER APPROVED TIME EXTENSION. RDS 8/12/13


TOTAL COST:    9,716,806.23
================================================================================
                                                      September 16, 2015

THIS WORK HAS BEEN SATISFACTORILY COMPLETED IN REASONABLE CLOSE CONFORMITY
WITH ALL OF THE REQUIREMENTS OF THE CONTRACT AND IS HEREBY ACCEPTED BY THE
DEPARTMENT OF TRANSPORTATION.


                                    _____
                                    INTERIM ENGINEER OF CONSTRUCTION

COPIES TO:
BUDGET & FISCAL MANAGEMENT           JOANNE WOODWORTH

ACTING ENGINEER OF DESIGN & ENVIRONMENT    JOHN BARANZELLI
REGIONAL ENGINEER, DISTRICT 01             JOHN FORTMANN

FILE


                                               BC-107(REV. 01/05)
```



# Illinois Department of Transportation

Office of Business & Workforce Diversity
2300 South Dirksen Parkway / Springfield, Illinois 62764

December 16, 2011

Subject:
Letting of November 18, 2011
Item No. 077
Section: 0102.5-T
County: Cook
Contract No. 60F90

Joel Kennedy Constructing Corp.
40 Noll Street
Waukegan, IL 60085

Dear Contractor:

The above project includes a participation goal of 23.0 percent for
Disadvantaged Business Enterprises (DBE).

Your Utilization Plan indicates you will utilize the following firms:

| | |
|---|---:|
| R. A. Seaton Contractor Services, LLC | $975,282 |
| Martinez Underground, Inc. | $604,668 |
| Davidson Trucking, Inc. d/b/a | |
|   Davidson Construction Supply | $6,373 |
| Industrial Fence, Inc. | $6,968 |
| Orient Express Service Co., Inc. | $250,000 |
| Midwest Rem Enterprises, Inc. | $339,190 |

The following criteria were used to determine how the DBE trucking will be
performed.

– The DBE trucking firm receives goal credit for the total value of the
transportation service it provides on the contract using trucks that it owns,
insures and operates using drivers it employs.

– The DBE trucking firm, which leases trucks from another DBE trucking
firm, receives goal credit for the total value of the transportation services
the lessee DBE provides on the contract.

– When a DBE trucking firm leases from a non-DBE trucking firm, the goal
credit is limited to the fee or commission the DBE receives as a result of
the lease arrangement. The fee or commission shall be indicated on the
lease.

– For any credit to be allowed for leased trucks, the leases must be
properly filed with the Illinois Commerce Commission (ILCC), and indicate
that the DBE has exclusive use and control over the truck(s). Leased
trucks must visibly display the name and ILCC number of the DBE
trucking firm.

SBCR001

Joel Kennedy Constructing Corp.
Contract No. 60F90
December 16, 2011
Page Two

In the event an adjustment or deletion of pay item quantities is anticipated that may result in a net loss of DBE Participation, the department requests that you make a Good Faith Effort to mitigate the potential loss with considerations that may include, but are not limited to, seeking additional subcontracting opportunities within the existing contract.

Your plan to meet the DBE goal on this project is hereby approved. This approval does not constitute an award of this contract. If you are awarded this contract, please encourage your subcontractors to attend the pre-construction conference with you. This will give them the opportunity to meet the resident engineer and to learn about the entire project. Should it become necessary for you to modify this plan, you are to obtain prior approval from this office.

Sincerely,

Carol Lyle, Deputy Director
Small Business Enterprises

cc: Michael Renner
    Diane O'Keefe
    Brenda Gold
    R. A. Seaton Contractor Services, LLC
    Martinez Underground, Inc.
    Davidson Trucking, Inc. d/b/a
      Davidson Construction Supply
    Industrial Fence, Inc.
    Orient Express Service Co., Inc.
    Midwest Rem Enterprises, Inc.

SBCR001



**Illinois Department
of Transportation**

**DBE Utilization Plan**

**(1) Policy**

It is public policy that disadvantaged businesses as defined in 49 CFR Part 26 and the Special Provision shall have the maximum opportunity to participate in the performance of contracts financed in whole or in part with Federal or State funds. Consequently the requirements of 49 CFR Part 26 apply to this contract.

**(2) Obligation**

The contractor agrees to ensure that disadvantaged businesses as defined in 49 CFR Part 26 and the Special Provision have the maximum opportunity to participate in the performance of contracts or subcontracts financed in whole or in part with Federal or State funds. The contractor shall take all necessary and reasonable steps in accordance with 49 CFR Part 26 and the Special Provision to ensure that said businesses have the maximum opportunity to compete for and perform under this contract. The contractor shall not discriminate on the basis of race, color, national origin or sex in the award and performance of contracts.

**(3) Project and Bid Identification**

Complete the following information concerning the project and bid:

Route ___FAI 190___

Section ___0102.5 T___

Project ___Storm Sewer Installation 190/1994___

County ___Cook___

Letting Date ___Nov. 18, 2011___

Contract No. ___60F90___

Letting Item No. ___#77___

Total Bid _____ 2,182,481⁸⁴

Contract DBE Goal ___23%___ 2,182,481⁸⁴
(Percent)  (Dollar Amount)

**(4) Assurance**

I, acting in my capacity as an officer of the undersigned bidder (or bidders if a joint venture), hereby assure the Department that on this project my company : (check one)

☐  Meets or exceeds contract award goals and has provided documented participation as follows:

Disadvantaged Business Participation _____ percent

Attached are the signed participation statements, forms SBE 2025, required by the Special Provision evidencing availability and use of each business participating in this plan and assuring that each business will perform a commercially useful function in the work of the contract.

☐  Failed to meet contract award goals and has included good faith effort documentation to meet the goals and that my company has provided participation as follows:

Disadvantaged Business Participation _____ percent

The contract goals should be accordingly modified or waived. Attached is all information required by the Special Provision in support of this request including good faith effort. Also attached are the signed participation statements, forms SBE 2025, required by the Special Provision evidencing availability and use of each business participating in this plan and assuring that each business will perform a commercially useful function in the work of the contract.

___Joel Kennedy Construction Corp.___
Company

By _____

Title ___President___

Date ___Nov. 18, 2011___

The "as read" Low Bidder is required to comply with the Special Provision.

Submit only one utilization plan for each project. The utilization plan shall be submitted in accordance with the special provision.

Bureau of Small Business Enterprises
2300 South Dirksen Parkway
Springfield, Illinois 62764

**Local Let Projects**
Submit forms to the
Local Agency

The Department of Transportation is requesting disclosure of information that is necessary to accomplish the purpose as outlined under State and Federal law. Disclosure of this information is REQUIRED. Failure to provide any information will result in the contract not being awarded. This form has been approved by the State Forms Manager Center.

SBE 2026 (Rev. 11/23/09)

**Illinois Department of Transportation**

**DBE Participation Statement**

Subcontractor Registration Number _____

**Participation Statement**

Letting __11/18/2011__

Item No. __077__

Contract No. __60F90__

(1) Instructions

This form must be completed for each disadvantaged business participating in the Utilization Plan. This form shall be submitted in accordance with the special provision and will be attached to the Utilization Plan form.. If additional space is needed complete an additional form for the firm.

(2) Work

| Pay Item No. | Description | Quantity | Unit Price | Total |
|---|---|---|---|---|
| 50800105 | Plain Reinforcing Steel Approx. | 22130.00 | $0.48 | 10622.40 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | Total | $10,622.40 |

(3) Partial Payment Items

For any of the above items which are partial pay items, specifically describe the work and subcontract dollar amount:

Rebar Supplier : $10,622.40 × .60 = $6,373.44

(4) Commitment

The undersigned certify that the information included herein is true and correct, and that the DBE firm listed below has agreed to perform a commercially useful function in the work of the contract item(s) listed above and to execute a contract with the prime contractor. The undersigned further understand that no changes may be made to this statement without prior approval from the Department's Bureau of Small Business Enterprises and that complete and accurate information regarding actual work performed on this project and the payment therefore must be provided to the Department.

_____
Signature for Prime Contractor

Title __President__

Date __11/17/11__

Contact Person __Angelo Milazzo__

Phone __847.360.8080__

Firm Name __Joel Kennedy Const. Co.__

Address __40 Noll St.__

City/State/Zip __Waukegan, IL 60085__

_____
Signature for DBE Firm

Title __President__

Date __11-17-2011__

Contact Person __(Mike lockard) Karna Gross__

Phone __815 739-5380- 815 384-3123__

Firm Name __Davidson Construction Supply__

Address __P.O. Box 67__

City/State/Zip __Creston IL. 60113__

E _____

WC _____

815.739.5380

The Department of Transportation is requesting disclosure of information that is necessary to accomplish the statutory purpose as outlined under the state and federal law. Disclosure of this information is REQUIRED. Failure to provide any information will result in the contract not being awarded. This form has been approved by the State Forms Management Center.

Printed 11/16/11

SBE 2025 (Rev. 11/03/09)

NOV-17-2011(THU) 12:05    Industrial Fence        (FAX)773 521 9923        P.002/003

# Illinois Department of Transportation

## DBE Participation Statement

Subcontractor Registration Number    2836

Letting    11/18/2011

**Participation Statement**

Item No.    77

(1) Instructions

Contract No.    60F90

This form must be completed for each disadvantaged business participating in the Utilization Plan. This form shall be submitted in accordance with the special provision and will be attached to the Utilization Plan form.. If additional space is needed complete an additional form for the firm.

(2) Work

| Pay Item No. | Description | Quantity | Unit Price | Total |
|---|---|---|---|---|
| | See Attached | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | Total | $6,968— |

(3) Partial Payment Items

For any of the above items which are partial pay items, specifically describe the work and subcontract dollar amount:

(4) Commitment

The undersigned certify that the information included herein is true and correct, and that the DBE firm listed below has agreed to perform a commercially useful function in the work of the contract item(s) listed above and to execute a contract with the prime contractor. The undersigned further understand that no changes may be made without prior approval from the Department's Bureau of Small Business Enterprises and that complete and accurate information regarding actual work performed on this project and the payment therefore must be provided to the Department.

_____           _____
Signature for Prime Contractor                      Signature for DBE Firm

Title    President                                          Title    President

Date    11/17/11                                           Date    11/17/2011

Contact Person    Angelo Milazzo              Contact Person    Miguel A. Saltijeral

Phone    847.360.8080                              Phone    773-521-9900

Firm Name    Joel Kennedy Const. Corp.      Firm Name    Industrial Fence, Inc.

Address    40 Noll St.                                Address    1300 S. Kilbourn Avenue

City/State/Zip    Waukegan, IL  60085        City/State/Zip    Chicago, IL 60623

E    _____

WC    _____

The Department of Transportation is requesting disclosure of information that is necessary to accomplish the statutory purpose as outlined under the state and federal law. Disclosure of this information is REQUIRED. Failure to provide any information will result in the contract not being awarded. This form has been approved by the State Forms Management Center.

Printed 11/15/11

SBE 2025 (Rev. 11/03/09)

NOV-17-2011(THU) 12:05   Industrial Fence          (FAX)773 521 9923          P.001/003

**Industrial Fence, Inc.**
**MBE / DBE**

0 S. Kilbourn Avenue     Telephone. (773) 521-9900
Chicago, Illinois 60623     Facsimile. (773) 521-9904
CONTRACTORS - FABRICATORS - ERECTORS

# BID PROPOSAL

Client: **General Contractors**

| | |
|---|---|
| ITEM # | **77** |

Estimate Date: **November 18, 2011**
Project: I-190 at I-190 / Rt 294 from CN RR to Des Plaines River
Contract Number: **60F90**

Attn: **Chief Estimator**
Phone:          Fax:

Project Location: **Cook County**

*We would like to thank you for the opportunity to bid on this project. It has been a pleasure serving you. We express our sincere appreciation for your business. At Industrial Fence, Inc. we value your business and recognize the importance of service, quality and value.*

We hereby propose to furnish and install the following:

| Item # | Pay Item Description | UOM | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| X6640300 | Ch Lk Fence Removal | Foot | 244 | $5.50 | $1,342.00 |
| 66400105 | Ch Lk Fence 4 | Foot | 206 | $21.00 | $4,326.00 |
| 66400305 | Ch Lk Fence 6 | Foot | 38 | $25.00 | $950.00 |
| 67100100 | Mobilization | Each | 1 | $350.00 | $350.00 |

TOTAL OF ALL ABOVE          $6,968.00

**IFI choses to participate in the Option for Steel Cost Adjustment**

Exclusions:

**No Bituminous Shoulder Coring or Fill (art.630.06) FOR GUARDRAIL INSTALLATION****
**No Clearing or Grubbing for Fence Removal or Installation.**
**No bonds, permits, licenses and/or fees**
**No traffic control, flagmen or trainees**
**No widing of existing shoulder for construction of TBT type 1 spl**
**Not responsible for motorist cause highway damage**
**No QA-QC testing**
**Prices Valid for 30 days**

| Proposal Exclusions (unless otherwise noted): | | |
|---|---|---|
| 1. Waiver of Subrogation &/or Railroad Insurance | 7. Layout and Grading | 13. Unforeseen Conditions |
| 2. Concrete removal or rock/hard ground drilling | 8. Testing & Inspection | 14. Bid Valid for over 15 Days |
| 3. Demo of existing fencing or footings | 9. No Taxes Included | 15. Other than our current Insurance Coverage |
| 4. Liquidated damages | 10. Grading or Restoration | 16. Temporary Fencing |
| 5. Permits or Bonding | 11. Multiple installations/removals | 17. Final Cleaning |
| 6. WBE / EEO Requirements | 12. Other than regular work hours | 18. Traffic Control |

| The above prices and specifications of this bid proposal are satisfactory and are hereby accepted. All work to be performed under normal conditions. | Client/Contractor: | Date |
|---|---|---|
| | Title: | |
| | Industrial Fence Inc: Rick Hileman  773-418-8547 | Date |
| Cc:    FILE | Title: *Estimator* | November 18, 2011 |

11/17/2011    10:40 p    8155477766                    Page: 4
11/17/2011 THU 10:38  FAX                                                ☑004/005

# Illinois Department of Transportation

## DBE Participation Statement

Subcontractor Registration Number    13118

**Participation Statement**

Letting    11-18-2011

Item No.    77

Contract No.    60F90

### (1) Instructions

This form must be completed for each disadvantaged business participating in the Utilization Plan.  This form  shall be submitted in accordance with the special provision and will be attached to the Utilization Plan form..  If additional space is needed complete an additional form for the firm.

### (2) Work

| Pay Item No. | Description | Quantity | Unit Price | Total |
|---|---|---|---|---|
| | See Attached | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | Total | | 142,399.35 |

### (3) Partial Payment Items

For any of the above items which are partial pay items, specifically describe the work and subcontract dollar amount:

### (4) Commitment

The undersigned certify that the information included herein is true and correct, and that the DBE firm listed below has agreed to perform a commercially useful function in the work of the contract item(s) listed above and to execute a contract with the prime contractor.  The undersigned further understand that no changes to this statement may be made without prior approval from the Department's Bureau of Small Business Enterprises and that complete and accurate information regarding actual work performed on this project and the payment therefore must be provided to the Department.

*Signature for Prime Contractor*

Title    President

Date    11/17/11

Contact Person    Angelo Milazzo

Phone    847.360.8080

Firm Name    Joel Kennedy Const Corp

Address    40 Noll St.

City/State/Zip    Waukegan, IL  60085

*Signature for DBE Firm*

Title    President

Date    11-14-2011

Contact Person    Rebecca A Seaton

Phone    815-520-4812

Firm Name    R A Seaton Contractor Services LLC

Address    1467 McKinley Ave

City/State/Zip    Belvidere, Illinois 61008

E    _____

WC    _____

The Department of Transportation is requesting disclosure of information that is necessary to accomplish the statutory purpose as outlined under the state and federal law. Disclosure of this information is REQUIRED.  Failure to provide any information will result in the contract not being awarded. This form has been approved by the State Forms Management Center.

Printed 11/14/11

SBE 2025 (Rev. 11/03/09)

ITEM 77:CONTRACT 60F9.

13.118

```
<====CONTRACTOR NUMBER
CONTRACTOR NAME====> R A SEATON
COUNTY(IES)=========> COOK-
SECTION============> 0102.5-T
LETTING DATE=======> November 18, 2011
ITEM NUMBER========> 77
```

| | | | | | BLANK PRICES | 0 | |
| | | | | | PAY ITEMS | | |
| | | | TOTAL QUANTITY 50,108.400 | | | 16 TOTAL BID | $142,399.30 |

| 60F90 PIN / <====CONTRACT NUMBER / PAY ITEM NUMBER — PAY ITEM DESCRIPTION | U OF M | QUANTITY | X | UNIT PRICE | = | TOTAL PRICE |
|---|---|---|---|---|---|---|
| 20100110 TREE REMOV 6-15 | UNIT | 316.000 | | 20.000 | | $6,320.00 |
| 20100210 TREE REMOV OVER 15 | UNIT | 123.000 | | 18.000 | | $2,214.00 |
| 20101100 TREE TRUNK PROTECTION | EACH | 22.000 | | 100.000 | | $2,200.00 |
| 21101615 TOPSOIL F & P 4 | SQ YD | 21,741.000 | | 2.200 | | $47,830.20 |
| 25000200 SEEDING CL 2 | ACRE | 2.400 | | 1,500.000 | | $3,600.00 |
| 25000350 SEEDING CL 7 | ACRE | 4.500 | | 800.000 | | $3,600.00 |
| 25000400 NITROGEN FERT NUTR | POUND | 341.000 | | 2.000 | | $682.00 |
| 25000500 PHOSPHORUS FERT NUTR | POUND | 341.000 | | 2.000 | | $682.00 |
| 25000600 POTASSIUM FERT NUTR | POUND | 341.000 | | 2.000 | | $682.00 |
| 25000750 MOWING | ACRE | 4.500 | | 250.000 | | $1,125.00 |
| 25100630 EROSION CONTR BLANKET | SQ YD | 11,602.000 | | 1.000 | | $11,602.00 |
| 25200100 SODDING | SQ YD | 10,139.000 | | 4.900 | | $49,681.10 |
| 25200200 SUPPLE WATERING | UNIT | 152.000 | | 10.000 | | $1,520.00 |
| 28000305 TEMP DITCH CHECKS | FOOT | 60.000 | | 14.000 | | $840.00 |
| 28000400 PERIMETER EROS BAR | FOOT | 4,912.000 | | 1.750 | | $8,596.00 |
| 28000510 INLET FILTERS | EACH | 7.000 | | 175.000 | | $1,225.00 |

EXCLUSIONS:SILT FENCE MAINTENANCE, BOND, TRAFFIC CONTROL, LAYOUT
PENALTIES BASE ON OTHERS PERFORMANCE, SUB-GRADE TO WITHIN 0.10"
SPECIAL INSURANCE, WORK OUTSIDE PROJECT LIMITS UNLESS SIGNED FOR BY GC
CLEANING INLET FILTERS

2

11/17/2011 THU 7:16 FAX 708 345 8196 @001/001

**Illinois Department
of Transportation**

**DBE Participation Statement**

Subcontractor Registration _11290_

Letting _Nov 18 2011_

**Participation Statement**

Item No. _# 77_

Contract _60F90_

**(1) Instructions**

This form must be completed for each disadvantaged business participating in the Utilization Plan. This form **shall** be submitted in accordance with the special provision and will be attached to the Utilization Plan form.. If additional space is needed complete an additional form for the firm.

**(2) Work**

| Pay Item No. | Description | Quantity | Unit Price | Total |
|---|---|---|---|---|
| 44 | Storm Sewer CL A 3 12 | 89 Ft | | |
| 45 | Storm Sewer CL A 3 15 | 24 Ft | | |
| 46 | Storm Sewer CL A's 18 | 47 Ft | | |
| 47 | Storm Sewer CL A3 24 | 16 Ft | | |
| 48 | Storm Sewer CL A3 27 | 15 Ft | | |
| 49 | Storm Sewer CL A3 30 | 16 Ft | | |
| | | | Total | 100,000 - |

**(3) Partial Payment Items**

For any of the above items which are partial pay items, specifically describe the work and subcontract dollar amount:

_Hauling material to and from the jobsite.      $90 -/hr_

**(4) Commitment**

The undersigned certify that the information included herein is true and correct, and that the DBE firm listed below has agreed to perform a commercially useful function in the work of the contract item(s) listed above and to execute a contract with the prime contractor. The undersigned further understand that no changes to this statement may be made without prior approval from the Department's Bureau of Small Business Enterprises and that complete and accurate information regarding actual work performed on this project and the payment therefore must be provided to the Department.

_Signature for Prime Contractor_

_Signature for DBE Firm_

Title _President_

Date _11/17/11_

Contact _Ameb Milazzo_

Phone _847-360-8080_

Firm Name _Joel Kennedy Cont Corp_

Address _40 Noll St_

City/State/Zip _Waukegan Il 60085_

Title _President_

Date _11/17/11_

Contact Person _Alberto Ramirez_

Phone _708 345 8099_

Firm Name _Midwest REM_

Address _2601 W Lemoyne_

City/State/Zip _Melrose Park, IL 60160_

E _____

WC _____

The Department of Transportation is requesting disclosure of information that is necessary to accomplish the statutory purpose as outlined under the state and federal law. Disclosure of this information is REQUIRED. Failure to provide any information will result in the contract not being awarded. This form has been approved by the State Forms Management Center.

SBE 2025 (Rev. 11/03/09)

11/17/2011 THU 7:16 FAX 708 345 8196 @001/001

**Illinois Department of Transportation**

**DBE Participation Statement**

Subcontractor Registration _11290_

**Participation Statement**

Letting _Nov. 18 2011_
Item No. _# 77_
Contract _60F90_

**(1) Instructions**

This form must be completed for each disadvantaged business participating in the Utilization Plan. This form shall be submitted in accordance with the special provision and will be attached to the Utilization Plan form.. If additional space is needed complete an additional form for the firm.

**(2) Work**

| Pay Item No. | Description | Quantity | Unit Price | Total |
|---|---|---|---|---|
| 75 | Non Spl Waste Disposal * | 6450 cg | $34.20 | 220,590 |
| 76 | Spl Waste Plans/Report | 1 LS | $15,000 | 15,000 |
| 77 | Soil Disposal Analysis | 3 EA | 1200 | 3600 |
| | | | | |
| | | | | |
| | | | Total | 239,190 |

**(3) Partial Payment Items**

For any of the above items which are partial pay items, specifically describe the work and subcontract dollar amount:

*Testing and hauling contaminated soil offsite, which cannot be utilized within the construction limits or fill.

**(4) Commitment** All Material hauled to approved disposal facility

The undersigned certify that the information included herein is true and correct, and that the DBE firm listed below has agreed to perform a commercially useful function in the work of the contract item(s) listed above and to execute a contract with the prime contractor. The undersigned further understand that no changes to this statement may be made without prior approval from the Department's Bureau of Small Business Enterprises and that complete and accurate information regarding actual work performed on this project and the payment therefore must be provided to the Department.

Signature for Prime Contractor / Signature for DBE Firm

Title _President_ / Title _President_

Date _11/17/11_ / Date _11/17/11_

Contact _Angelo Milazzo_ / Contact Person _Alberto Ramirez_

Phone _847-740-8180_ / Phone _708 345 8099_

Firm Name _Joel Kennedy Const Corp_ / Firm Name _Midwest REM_

Address _40 Noll St_ / Address _2601 W Lemoyne_

City/State/Zip _Waukegan IL 60085_ / City/State/Zip _Melrose Park, IL 60160_

E _____

WC _____

The Department of Transportation is requesting disclosure of information that is necessary to accomplish the statutory purpose as outlined under the state and federal law. Disclosure of this information is REQUIRED. Failure to provide any information will result in the contract not being awarded. This form has been approved by the State Forms Management Center.

SBE 2025 (Rev. 11/03/09)

**Illinois Department
of Transportation**

**DBE Participation Statement**

Subcontractor Registration Number    10831

Letting    Nov 18 2011

**Participation Statement**

Item No.    #77

Contract No.    60F90

**(1) Instructions**

This form must be completed for each disadvantaged business participating in the Utilization Plan. Attach this form to the Utilization Plan form. If additional space is needed, complete an additional form for the firm.

**(2) Work**

| Pay Item No. | Description | Quantity | Unit Price | Total |
|---|---|---|---|---|
| | See Attached | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | Total | 604,668 |

**(3) Partial Payment Items**

For any of the above items which are partial pay items, specifically describe the work and subcontract dollar amount:

**(4) Commitment**

The undersigned certify that the information included herein is true and correct, and that the DBE firm listed below has agreed to perform a commercially useful function in the work of the contract item(s) listed above and to execute a contract with the prime contractor. The undersigned further understand that no changes to this statement may be made without prior approval from the Department's Bureau of Small Business Enterprises and that complete and accurate information regarding actual work performed on this project and the payment therefor must be provided to the Department.

Signature for Prime Contractor

Signature for DBE Firm

| | | | |
|---|---|---|---|
| Title | President | Title | PRESIDENT |
| Date | 11/17/11 | Date | 11/17/11 |
| Contact Person | Angelo Milazzo | Contact Person | ADOLFO C. MARTINEZ |
| Phone | 847-360-8080 | Phone | 847-543-1415 |
| Firm Name | Joel Kennedy Const. Corp | Firm Name | MARTINEZ UNDERGROUND, INC. |
| Address | 40 Noll St. | Address | 12 GALLEON CT |
| City/State/Zip | Waukegan IL 60085 | City/State/Zip | GRAYSLAKE, IL 60030 |
| | | E | |
| | | WC | |

The Department of Transportation is requesting disclosure of information that is necessary to accomplish the statutory purpose as outlined under the state and federal law. Disclosure of this information is REQUIRED. Failure to provide any information will result in the contract not being awarded. This form has been approved by the State Forms Management Center.

SBE 2025 (Rev. 3/2000)
IL 494-0713

**Project: IDOT #77 - Storm Sewer Improvements**
**Bid Date: 11/18/2011**

Martinez Underground

| Description | Quantity | Unit | Unit Cost | Total | |
|---|---|---|---|---|---|
| BRACED EXCAVATION | 1,035.00 | CU YD | $58.00 | $60,030.00 | |
| CONC STRUCT | 196.00 | CU YD | $500.00 | $98,000.00 | |
| REINFORCEMENT BARS | 22,130.00 | POUND | $1.00 | $22,130.00 | |
| STORM SEWERS JKD 84 | 1,801.00 | FOOT | $40.00 | $72,040.00 | *Jacking & Receiving Pits |
| STORM SEWERS JKD 96 | 876.00 | FOOT | $40.00 | $35,040.00 | *Jacking & Receiving Pits |
| STORM SEWERS JKD 96 | 876.00 | FOOT | $278.00 | $243,528.00 | *Labor & Equipment To Assist |
| | | | | | Tunnel Operation & Additional Landscaping |
| STAB CONSTR ENTRANCE | 560.00 | SQ YD | $30.00 | $16,800.00 | |
| CONCRETE COLLAR | 19.00 | CU YD | $1,000.00 | $19,000.00 | |
| CB TA 4 DIA T1F CL | 3.00 | EACH | $2,500.00 | $7,500.00 | |
| CB TA 4 DIA T8G | 2.00 | EACH | $2,700.00 | $5,400.00 | |
| CB TA 5 DIA T1F CL | 4.00 | EACH | $3,000.00 | $12,000.00 | |
| CB TB T7G | 1.00 | EACH | $3,200.00 | $3,200.00 | |
| MAN TA 4 DIA T1F CL | 2.00 | EACH | $5,000.00 | $10,000.00 | |
| | | | Total | $604,668.00 | |

11/16/2011  10:29    18475260151         ORIENT EXPRESS              PAGE  02/02

## Illinois Department of Transportation

**DBE Participation Statement**

Subcontractor Registration Number    10541

Letting  Nov 18 2011

Item No.  #77

Contract No.  60F90

**Participation Statement**

### (1) Instructions

This form must be completed for each disadvantaged business participating in the Utilization Plan. This form shall be submitted in accordance with the special provision and will be attached to the Utilization Plan form.. If additional space is needed complete an additional form for the firm.

### (2) Work

| Pay Item No. | Description | Quantity | Unit Price | Total |
|---|---|---|---|---|
| 50 | Storm Sewer CLA3 8'' | 274 Ft | | |
| 51 | Storm Sewer CLA4 96 | 964 Ft | | |
| 52 | Storm Sewer CLA6 8'' | 78 Ft | | |
| | | | | |
| | | | Total | 250,000 |

### (3) Partial Payment Items

For any of the above items which are partial pay items, specifically describe the work and subcontract dollar amount:

Hauling material to and from the jobsite.

### (4) Commitment

The undersigned certify that the information included herein is true and correct, and that the DBE firm listed below has agreed to perform a commercially useful function in the work of the contract item(s) listed above and to execute a contract with the prime contractor. The undersigned further understand that no changes to this statement may be made without prior approval from the Department's Bureau of Small Business Enterprises and that complete and accurate information regarding actual work performed on this project and the payment therefore must be provided to the Department.

_____          _____
Signature for Prime Contractor                    Signature for DBE Firm

Title  President                                    Title  President

Date  Nov 17, 2011                                  Date  11/16/11

Contact Person  Angelo Milazzo                      Contact Person  Takyung Lee

Phone  847-360-8030                                 Phone  847-359-0073

Firm Name  Joel Kennedy Const Corp                  Firm Name  Orient Express Service Company

Address  40 Noll St                                 Address  26526 N. Highway 12

City/State/Zip  Waukegan IL 60085                   City/State/Zip  Wauconda

                                                    E  _____

                                                    WC  _____

The Department of Transportation is requesting disclosure of information that is necessary to accomplish the statutory purpose as outlined under the state and federal law. Disclosure of this information is REQUIRED. Failure to provide any information will result in the contract not being awarded. This form has been approved by the State Forms Management Center.

11/17/2011 THU 10:38 FAX                         ☑004/005

# Illinois Department of Transportation

**DBE Participation Statement**

Subcontractor Registration Number    13118

Letting    11-18-2011

**Participation Statement**

Item No.    77

Contract No.    60F90

## (1) Instructions

This form must be completed for each disadvantaged business participating in the Utilization Plan. This form shall be submitted in accordance with the special provision and will be attached to the Utilization Plan form.. If additional space is needed complete an additional form for the firm.

## (2) Work

| Pay Item No. | Description | Quantity | Unit Price | Total |
|---|---|---|---|---|
| | See Attached | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | Total | 1,388,138³⁰ |

## (3) Partial Payment Items

For any of the above items which are partial pay items, specifically describe the work and subcontract dollar amount:

*Pipe and precast structure supplies*   $1,388,138³⁰ x 60%

= $832,883¹⁰

## (4) Commitment

The undersigned certify that the information included herein is true and correct, and that the DBE firm listed below has agreed to perform a commercially useful function in the work of the contract item(s) listed above and to execute a contract with the prime contractor. The undersigned further understand that no changes to this statement may be made without prior approval from the Department's Bureau of Small Business Enterprises and that complete and accurate information regarding actual work performed on this project and the payment therefore must be provided to the Department.

_____
Signature for Prime Contractor

*Rebecca A Seaton*
Signature for DBE Firm

| | | | |
|---|---|---|---|
| Title | President | Title | President |
| Date | 11/17/11 | Date | 11-14-2011 |
| Contact Person | Angelo Milano | Contact Person | Rebecca A Seaton |
| Phone | 847.360.8080 | Phone | 815-520-4812 |
| Firm Name | Joel Kennedy Const Corp. | Firm Name | R A Seaton Contractor Services LLC |
| Address | 40 N Gll St. | Address | 1467 McKinley Ave |
| City/State/Zip | Waukegan, IL 60085 | City/State/Zip | Belvidere, Illinois 61008 |
| | | E | |
| | | WC | |

The Department of Transportation is requesting disclosure of information that is necessary to accomplish the statutory purpose as outlined under the state and federal law. Disclosure of this information is REQUIRED. Failure to provide any information will result in the contract not being awarded. This form has been approved by the State Forms Management Center.

Printed 11/14/11

SBE 2025 (Rev. 11/03/09)



**R. A. Seaton Contractor Services, LLC**
**1467 McKinley Ave.**
Belvidere, IL  61008
Phone (815) 378-9799
Fax (815) 547-7766
raseatoncontractor@gmail.com

**Job Estimate**
**Item #77**
CONTRACT 60F90
Letting 11-18-2011

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| 550A0520 | Storm Sewer, CL A, TY 2  72" CL 2 | LF | 389 | $88.37 | $  34,375.93 |
| 550A0540 | Storm Sewer, CL A, TY 2  84" CL 2 | LF | 1,195 | $139.05 | $ 166,164.75 |
| 550A0640 | Storm Sewer, CL A, TY 3  12" CL 5 | LF | 89 | $5.93 | $     527.77 |
| 550A0680 | Storm Sewer, CL A, TY 3  18" CL 4 | LF | 47 | $8.96 | $     421.12 |
| 550A0710 | Storm Sewer, CL A, TY 3  24" CL 4 | LF | 16 | $13.39 | $     214.24 |
| 550A0730 | Storm Sewer, CL A, TY 3  30" CL 4 | LF | 16 | $24.21 | $     387.36 |
| 550A0840 | Storm Sewer, CL A, TY 3  84" CL 3 | LF | 274 | $159.65 | $  43,744.10 |
| 550A1160 | Storm Sewer, CL A, TY 4  96" CL 4 | LF | 964 | $184.37 | $ 177,732.68 |
| 550A1710 | Storm Sewer, CL A, TY 6  84" CL 5 | LF | 78 | $278.10 | $  21,691.80 |
| MMI | 84" Jacked Pipe CL 5 | Each | 1801 | $301.28 | $ 542,605.28 |
| MMI | 96" Jacked Pipe CL 5 | Each | 876 | $368.23 | $ 322,569.48 |
|  | Jacked pipe includes threaded grout port holes |  |  |  |  |
| MMI | 4' Riser Item #X6022402 for Base Tees | Each | 20 | $764.40 | $  15,288.00 |
| MMI | 84" Base Tees MH 101, 102 | Each | 2 | $1,673.75 | $   3,347.50 |
| MMI | 84" Base Tees MH MH 103, 106, 107, 301, 303 | Each | 5 | $1,673.75 | $   8,368.75 |
| MMI | 84" Base Tees MH MH 305, 304 | Each | 2 | $1,673.75 | $   3,347.50 |
| MMI | 72" Base Tees MH 104, 105, 302 | Each | 3 | $1,767.48 | $   5,302.44 |
| MMI | 96" Base Tees MH 401, 403, 405, 406 | Each | 4 | $1,740.70 | $   6,962.80 |
|  | NOTE: All base tees built w/48" dia. 6" high rise |  |  |  |  |

| 72RCP45 | 72" RCP 0 ° to 45° Bend | Each | 2 | $1,965.00 | $ | 3,930.00 |
| 84RCP45 | 84" RCP 0 ° to 45° Bend CL 2 | Each | 2 | $2,700.00 | $ | 5,400.00 |
| 84RCP45 | 84" RCP 0 ° to 45° Bend CL 5 | Each | 3 | $3,900.00 | $ | 11,700.00 |
| 96RCPSP | 96" RCP Spigot Plug | Each | 2 | $445.00 | $ | 890.00 |
| 60200205 | Catch Basins, Type A, 4'-Dia. | Each | 3 | $1,113.00 | $ | 3,339.00 |
| 60200805 | Catch Basins, Type A, 4'-Dia. | Each | 2 | $585.00 | $ | 1,170.00 |
| 60203905 | Catch Basins, Type A, 5'-Dia. | Each | 4 | $1,128.00 | $ | 4,512.00 |
| 60206600 | Catch Basins Type B | Each | 1 | $2,572.00 | $ | 2,572.00 |
| 60218400 | Manholes, Type A, 4'-Dia. | Each | 2 | $787.00 | $ | 1,574.00 |
| | Alignment Bends 10 Deg. Or Less -<br>Contractors Choice | | | | | |
| | 72" CL 2 BEND | EACH | | $1,575.00 | | |
| | 84" CL2 BEND | EACH | | $2,373.00 | | |
| | 84" CL3 BEND | EACH | | $2,488.00 | | |

TOTAL  **$1,388,138.50**

Prices are based on full truck load orders. Partial loads will be billed accordingly.
EXCLUSIONS:JOINT MATERIAL, ADJUSTING RINGS, TOE BLOCKS, GRATES, FRAMES & LIDS
HATCHES, WRAPS, COATINGS, CHIMNEY SEALS, LIFTING PINS, SWIVELS AND TEACUPS & CABLES

FAI 190 (I-190)
Section 0102.5-T
Cook County
Contract 60F90

STATE OBLIGATION. This Special Provision will also be used by the Department to satisfy the requirements of the Business Enterprise for Minorities, Females, and Persons with Disabilities Act, 30 ILCS 575. When this Special Provision is used to satisfy state law requirements on 100 percent state-funded contracts, the federal government has no involvement in such contracts (not a federal-aid contract) and no responsibility to oversee the implementation of this Special Provision by the Department on those contracts. DBE participation on 100 percent state-funded contracts will not be credited toward fulfilling the Department's annual overall DBE goal required by the US Department of Transportation to comply with the federal DBE program requirements.

CONTRACTOR ASSURANCE. The Contractor makes the following assurance and agrees to include the assurance in each subcontract that the Contractor signs with a subcontractor.

The Contractor, subrecipient, or subcontractor shall not discriminate on the basis of race, color, national origin, or sex in the performance of this contract. The Contractor shall carry out applicable requirements of 49 CFR Part 26 in the award and administration of contracts funded in whole or in part with federal or state funds. Failure by the Contractor to carry out these requirements is a material breach of this contract, which may result in the termination of this contract or such other remedy as the recipient deems appropriate.

OVERALL GOAL SET FOR THE DEPARTMENT. As a requirement of compliance with 49 CFR Part 26, the Department has set an overall goal for DBE participation in its federally assisted contracts. That goal applies to all federal-aid funds the Department will expend in its federally assisted contracts for the subject reporting fiscal year. The Department is required to make a good faith effort to achieve the overall goal. The dollar amount paid to all approved DBE companies performing work called for in this contract is eligible to be credited toward fulfillment of the Department's overall goal.

CONTRACT GOAL TO BE ACHIEVED BY THE CONTRACTOR. This contract includes a specific DBE utilization goal established by the Department. The goal has been included because the Department has determined that the work of this contract has subcontracting opportunities that may be suitable for performance by DBE companies. The determination is based on an assessment of the type of work, the location of the work, and the availability of DBE companies to do a part of the work. The assessment indicates that, in the absence of unlawful discrimination, and in an arena of fair and open competition, DBE companies can be expected to perform **23.00%** of the work. This percentage is set as the DBE participation goal for this contract. Consequently, in addition to the other award criteria established for this contract, the Department will only award this contract to a bidder who makes a good faith effort to meet this goal of DBE participation in the performance of the work. A bidder makes a good faith effort for award consideration if either of the following is done in accordance with the procedures set for in this Special Provision:

(a) The bidder documents that enough DBE participation has been obtained to meet the goal: or

(b) The bidder documents that a good faith effort has been made to meet the goal, even though the effort did not succeed in obtaining enough DBE participation to meet the goal.

DBE LOCATOR REFERENCES. Bidders shall consult the IL UCP DBE Directory as a reference source for DBE-certified companies.

# MINORITIES TOTALS FOR IDOT

**Updated 6/20/14**

| Company Name | IDOT Approved | Invoiced to date | 60% Value | Overage/Shortage |
|---|---|---|---|---|
| R.A. Seaton - Material Supplier | $832,883.10 | $1,282,678.38 | $769,607.03 | -$63,276.07 |
| R.A. Seaton - Landscape | $142,399.30 | $134,336.18 | | -$8,063.12 |
| Martinez | $604,668.00 | $685,044.38 | | $80,376.38 |
| Davidson Supply | $6,373.00 | $10,612.00 | $6,367.20 | -$5.80 |
| Industrial Fence | $6,968.00 | $28,097.45 | | $21,129.45 |
| Orient Express | $250,000.00 | $365,381.50 | | $115,381.50 |
| Midwest REM | $339,190.00 | $170,340.28 | | -$168,849.72 |
| | $2,182,481.40 | $2,159,174.02 | | -$23,307.38 |

| Outstanding Waivers | VENDORS | Waivers To Date | Total Billed To Date | Total Outstanding | NOV. | PO | OCT. | PO | CHECKING | INITIALS |
|---|---|---|---|---|---|---|---|---|---|---|
| | **1152** | | | | | | | | | |
| | **03/06/2014** | | | | | | | | | |
| | **IDOT #77** | | | | | | | | | |
| | **JOB NAME :** | | | | | | | | | |
| $55,788.00 | Assurance Agency | | $56,067.00 | Estimate #1-6 | $7,345,347.32 | | Est.#17 | $9,412.48 | | |
| $1,281.00 | B & B Project Management | | $1,281.00 | Estimate #7-12 | $1,837,087.40 | | Est.#18 | $53,790.93 | | |
| $296.17 | Bluff Cial | | $2,011.40 | Est.#13 | $100,256.32 | | Est.#19 | $45,538.24 | | |
| $1,589.87 | CCS - R&I Construction Supply - Purchase | $1,715.23 | $1,589.87 | Est.#14 | $24,268.69 | | | | | |
| $1,001.99 | CCS - R&I Construction Supply - Rental | | $7,001.99 | Est.#15 | $47,685.38 | | | | | |
| $7,001.00 | Calumet Harbor Lumber | $1,491.50 | $1,491.50 | Est.#16 | $172,447.28 | | | | | |
| $3,465.00 | Chicagoland Trucking | $9,465.25 | $12,950.25 | | | | | | | |
| $300.00 | Concrete Specialties | $300.00 | $300.00 | | | | | | | |
| $1,845.40 | Consev FS | $1,845.40 | $1,845.40 | | | | | | | |
| $10,612.00 | Davidson Supply Co. | $10,612.00 | $10,612.00 | | | | | | | |
| $2,160.00 | E. King Trucking | $855.00 | $855.00 | | | | | | | |
| | Earth Inc. | $10,600.00 | $12,960.00 | | | | | | | |
| $2,500.00 | Environmental Monitoring | $1,050.00 | $1,050.00 | | | | | | | |
| | Godwin Pumps | $25,154.08 | $25,154.08 | | | | | | | |
| $722.15 | Ground Engineering | $2,125.00 | $4,625.00 | | | | | | | |
| | Gordon Bros. | | $722.15 | | | | | | | |
| $1,761.66 | H D Waterworks | $308.76 | $2,070.42 | | | | | | | |
| $7,268.79 | H. H. Holmes | $9,853.80 | $25,999.51 | | | | | | | |
| | Hanson Materials | $27,902.38 | $27,902.36 | | | | | | | |
| | Hartrock - Cutters | $16,400.00 | $8,780.00 | | | | | | | |
| | Hoving Pit Stop | $3,003.90 | $3,004.00 | | | | | | | |
| $396.60 | Hoving Clean Sweep | | $3,849.74 | | | | | | | |
| $563.67 | Industrial Fence | $2,658.21 | $28,097.45 | | | | | | | |
| $6,472.20 | John Sakash Company | $28,097.45 | $173.19 | | | | | | | |
| | Kieft Brothers | $173.00 | $914.30 | | | | | | | |
| | Lake County Pipe | $518.30 | $1,560.62 | | | | | | | |
| | Lally Pipe & Tube | $996.95 | $80,472.20 | | | | | | | |
| | McCann | | $1,602.45 | | | | | | | |
| $2,504.97 | Martinez | $1,160.45 | | | | | | | | |
| | Martinez Wages | $529,369.58 | $499,072.72 | | | | | | | |
| | Martinez Utility Truck | | $10,308.36 | | | | | | | |
| | Martinez Overall Waivers for Vendors Paid | $282,375.80 | | | | | | | | |
| $9,520.00 | Martinez - Niereinh | $53,332.26 | $9,805.60 | | | | | | | |
| | Martinez - Prairie Material | | $69,717.92 | | | | | | | |
| | Martinez - JLA & Sons | $27,000.00 | $27,000.00 | | | | | | | |
| | Martinez - Jack Doherty | | $10,197.00 | | | | | | | |
| | Martinez - Godwin Pumps | | $25,159.61 | | | | | | | |
| | Martinez - Chicagoland Trucking | $10,239.00 | $10,546.17 | | | | | | | |
| | Martinez - Earth Inc. | | $23,236.80 | | | | | | | |
| | Meade - T&M | | $7,974.80 | | | | | | | |
| $7,974.90 | Meade | | $2,497.50 | | | | | | | |
| $22,560.00 | Menini Trucking | | $2,497.50 | | | | | | | |
| $2,497.50 | Mid American Water | $9,649.40 | $9,649.40 | | | | | | | |
| $3,459.12 | Midwest Construction Products | $4,492.20 | $38,278.50 | | | | | | | |
| $41,644.74 | Midwest REM | | $8,102,056.32 | | | | | | | |
| $1,090.00 | Midwest REM - Earth, Inc. | $144,535.65 | $144,534.50 | | | | | | | |
| $27,292.33 | Midwest REM - Vulcan | $18,246.00 | $25,055.78 | | | | | | | |
| $750.00 | NefiSco | $1,128.80 | $1,335.72 | | | | | | | |
| $206.64 | Ogden Ave. Materials | $533.14 | $533.14 | | | | | | | |

| VENDORS | Waivers to Date | Total Billed To Date | Total Outstanding | NOV. | PO | OCT. | PO | WHO CHECKING | INITIALS |
|---|---|---|---|---|---|---|---|---|---|
| Orient - Trucking | $31,833.79 | $386,157.85 | $199,055.60 | | | | | | |
| Orient - Arthur Lootens | | | | | | | | | |
| Orient - B&B Proj. Management | | | | | | | | | |
| Orient - Bluff City | $5,304.09 | | $4,414.68 | | | | | | |
| Orient - Earth Inc. | | $60,320.00 | $60,320.00 | | | | | | |
| Orient - Vulcan | $60,970.11 | $94,719.67 | $101,591.22 | | | | | | |
| Prairie Materials | $4,639.90 | | $4,639.90 | | | | | | |
| Prairie Preserves | | $13,400.00 | $13,400.00 | | | | | | |
| Precision Land Surveyors | $7,596.75 | $15,908.00 | $28,940.75 | | | | | | |
| Precision Boring - Materials - Jacking Supplies | | $84,074.13 | $88,783.38 | | | | | | |
| Precision Boring - Materials - Jacking Frame Rental - Kenny Const. | | | $13,500.00 | | | | | | |
| Precision Boring - Barbco Rental - Midwest Mole | | | $16,745.60 | | | | | | |
| Precision Boring - Tunnel Management Fee | $75,000.00 | $75,000.00 | $75,000.00 | | | | | | |
| Precision Boring - T&M | $170,561.27 | $332,966.27 | $409,817.23 | | | | | | |
| Precision Boring - JKC Wages | | $976,005.99 | $976,005.99 | | | | | | |
| RA Seaton - National Concrete | | $28,800.00 | $28,800.00 | | | | | | |
| RA Seaton - 3% | | $277,872.79 | $277,872.79 | | | | | | |
| RA Seaton - Welch Bros. | | $70,513.50 | $134,336.18 | | | | | | |
| RA Seaton - Landscaping/Walls | $63,822.68 | $340.75 | $340.75 | | | | | | |
| Rogers and Steel Co. | | $1,296.00 | $1,296.00 | | | | | | |
| Reliable Materials Lyons | | $14,930.00 | $14,930.00 | | | | | | |
| RW Dunteman | $13,468.10 | $45,655.58 | $59,449.18 | | | | | | |
| Road Safe | | $1,397.00 | $4,097.00 | | | | | | |
| Sterling Lumber | $2,875.00 | | | | | | | | |
| Sugar Steel | $8,362.91 | $8,362.91 | $0.00 | | | | | | |
| Super Excavators | | $2,658,161.75 | $2,715,310.65 | | | | | | |
| Thelens | $5,201.20 | | $5,201.20 | | | | | | |
| TT Technologies | $2,340.00 | | $2,340.00 | | | | | | |
| True North | $5,815.00 | | $5,815.00 | | | | | | |
| United Rentals | $480.00 | | $480.00 | | | | | | |
| Utility concrete Products | $185.00 | $4,309.80 | $4,559.80 | | | | | | |
| Underground Pipe and Valve | $1,795.00 | $4,879.47 | $6,674.47 | | | | | | |
| VIP Sealcoat and Pavement | $350.00 | | $350.00 | | | | | | |
| Vollman Clay Products | $350.00 | $9,078.62 | $9,078.62 | | | | | | |
| Vulcan | $1,157.86 | $4,105.16 | $5,283.12 | | | | | | |
| Welch Bros, Inc. | $25,053.84 | $254.00 | $32,741.43 | | | | | | |
| Ziebell Water | | $287.25 | | | | | | | |
| TOTAL | | $6,437,303.29 | $0.00 | $0.00 | | $0.00 | | $0.00 | |

# 2013       JKCC

| Name | Ethin | Hire Date | Terminate Date |
|------|-------|-----------|----------------|
| Ames,Joe | W | 01/17/2013 | 4/1/2013 To Barrera |
| Ayala,Daniel | H | 10/22/2012 | |
| Ayala,Jesse | H | 05/21/2012 | |
| Ayala,Jorge | H | 06/06/1994 | |
| ~~Ayala,Isabel~~ | H | 03/18/2012 | |
| Barrera,Fernando | H | 04/16/2013 | |
| Bond,Lori | W | 01/19/2013 | 2/18/2013 to GOC |
| Brock,Dick | W | 07/19/1994 | |
| Brown,Jordan | B | 05/09/2012 | |
| Cashmore,Bill | W | 07/17/2000 | |
| Castellanos,Adriane | H | 03/19/2012 | |
| Cisneros,Adalberto | H | 10/01/2212 | |
| Delassus,Paul | W | 05/21/2012 | |
| Diaz,Timoteo | H | 10/22/2012 | |
| Escamilla,Damein | H | 04/05/2010 | |
| Escamilla,Leonardo | H | 02/03/2010 | |
| Escamilla,Osvaldo | H | 04/29/2010 | |
| ~~Flores,Arturo~~ | H | 09/06/2008 | 1/1/13 Never Returned |
| Garcia,Adriana | H | 6/30/2008  Student | |
| Garcia,Juan | H | 4/16/12 from Green Oaks | |
| Garza,Dante | H | Rehired 3/27/13 | |
| Garza,Hector | H | 08/20/2012 | |
| Hernandaz,Roberto | H | Rehired 4/8/13 | |
| Herrera,Griselda | H | 02/18/2013 | |
| Jasper,Robin | W | 4/1989 | |
| Jauqez,Raul | H | 8/1/2011 | |
| Johnson,Thomas | W | 7/3/2012 | |
| Kennedy,Danny | W | 03/22/2004 | |
| Kennedy,Davis | W | Rehire 5/2013 | |
| Kennedy,Davis Jr | W | 04/01/2013 | |
| Kennedy,Janice | W | 5/1982 | |
| Kennedy,Joel | W | 5/1982 | |
| Kennedy,Kristie | W | 6/6/2011 | |
| Kennedy,Sherry | W | rehire 10/2012 | |
| Lozano,Enocente | H | 12/11/1990 | |
| Lozano,Hugo | H | 06/30/1999 | |
| Lopez,Jose | H | 06/28/2001 | |
| Lubanski,Paul | W | 04/27/2009 | |
| Mauch,Robert | W | Rehire 2/28/11 | |
| Martinez,Armando | H | 05/01/2001 | |
| Martinez,Gerardo | H | Rehire 5/06 | |
| Martinez,Ralphie | H | 07/26/1999 | |
| Milazzo,Angelo | W | 10/02/1987 | |
| Moreno,Ernesto | H | 11/13/2012 | |
| ~~Oregel,David~~ | H | 03/16/2012 | |
| Patti,Mike | W | 07/21/2003 | |
| Perez,Baltazar | H | 07/16/2012 | |

Handwritten annotations (right margin):

Amaro, Hector
Gomez, Jose
Perez, Javier — Chicago
Saucedo, Tony

A

Handwritten marks in left margin: C (next to various rows)

C  Avery Jackson

| Point,Richard | W | ρ | 11/16/2012 | |
|---|---|---|---|---|
| Ramirez,Mario | H | | 04/23/2013 | |
| Ramos,Gaudalupe | H | | 04/15/1998 | |
| ~~Ibn,Steven~~ | H | | 02/14/2013 | 2/14/2013 |
| Saucevo,Juan | H | | 11/13/2012 | |
| Sanchez,Hector | H | | 05/09/1997 | |
| Sanchez,Hector Jr | H | | 7/19/12 Apprentice | |
| Schwall,Donna | W | | 10/25/2007 | |
| Silva, Pedro | H | | 09/21/2009 | |
| Simon,Larry | W | | 05/07/2012 | |
| ~~Stevens,Richard~~ | W | ρ | 06/20/2012 | |
| ~~Stowell,Vince~~ | W | ρ | 06/18/2012 | 3/18/13 To Red Hawk |
| Synder,Ryan | W | | 05/23/2012 | |
| Trevino,Jaime | H | | 05/21/2009 | |
| | | | | |
| | | | | |

A

 **Illinois Department of Transportation**

# Final Inspection Meeting Notice

**Location of Project:**     Storm sewer installation at I-1-190/I-294 (Tri State Tollway) from the Canadian National RR to the Des Plaines River in Chicago and Rosemont.

**Contractor:**     Joel Kennedy Constructing Corp

**Contract #:**     60F90

**County:**     Cook

**Construction Supervisor:**     Juris (George) Velkme
847-705-4262 &
Jeff Mysliwiec
847-705-4278

**Resident Engineer**
**Field Office #:**     Rochelle Gaseor
847-705-4394
**Fax #:**     847-705-4251

A Final Inspection is scheduled for the above referenced project for <u>October 25, 2013 at 10:00 AM</u>. Participants will meet at <u>Pump Station #24.</u>

Kindly have a representative from your bureau present if the captioned section falls within your future jurisdiction. Please note that separate final inspections have been held with the Electrical Engineering Section and the Electrical Maintenance Section.

To help make this a final inspection, you are requested to arrange a pre-inspection and submit a final corrective work list to the Resident Engineer by <u>October 21, 2013</u>.

Work should be inspected for conformance to contract plans and specifications. This is not the proper time to request extra work. If extra work must be added, it must be requested separately in writing with a justification for why it must be added to this contract at this time.

The final inspection will be held to review completion of the corrective work list only. This will ensure a prompt completion of work. If your prior review finds the job to be acceptable, please notify Resident Engineer of this by memo. Your presence at the inspection would not then be necessary.

If no representatives from your bureau will be attending, please inform the Supervisor prior to the meeting. No response will be construed as project acceptance.

Final Inspection Meeting Notice

Contractor Payment Information

Illinois Department of Transportation
2300 S. Dirksen Parkway
Springfield, Illinois 62764

| | | |
|---|---|---|
| Contract Number | 60F90 | |
| Dot Vendor | C31230 | |
| IL Project | | |
| Route | 0102.5-T | |
| Section | 0102.5-T | |
| Payee | JOEL KENNEDY CONSTRUCTING CORP, PO BOX 509, GURNEE, IL, 60031 | |

| | | |
|---|---|---|
| State Job | | C-91-287-09 |
| District/County | | 01-031(COOK) |
| Letting Date | | 11/18/2011 |
| Airport | | 0102.5-T |
| Project | | |
| Scope | | FAI-190, I-190/I-294 (TRI-STATE TOLLWAY) FROM CNRR TO DES |



Contractor Payment Information

Illinois Department of Transportation
2300 S. Dirksen Parkway
Springfield, Illinois 62764

60F90/20

| Percentage Completed | 100 | From Date | 02/11/2014 | |
| | | To Date | 04/25/2014 | |

| Contract Awarded Amount | Additions | Deductions | Total Adjusted Contract Value | Total Amount Due to Date |
|---|---|---|---|---|
| $9,397,519.00 | $722,384.71 | $403,097.48 | $9,716,806.23 | $9,716,806.23 |

Total retainage including this estimate held by IDOT    $0.00

Total due after retainage    $9,716,806.23

Total Paid this Estimate    $9,716,806.23

Previous Payments to Contractor    ($9,705,848.06)

Payment to Contractor this Estimate    $10,958.17

Adjustment to Trust Fund this Estimate    $0.00

| Voucher Number | Voucher Date | Invoice Amount |
|---|---|---|
| BC04093 | 04/28/2014 | $10,958.17 |

Pay Estimate Number    20

Total Invoice Count    01



Contractor Payment Information

Illinois Department of Transportation
2300 S. Dirksen Parkway
Springfield, Illinois 62764

Report of Resident Engineer
Completed Work-In Place For This Estimate Only

| Number | Description | Awarded | Net of Adds/Deducts | Total Adjusted | Completed Prior Est. | Completed to Date | This Estimate | Unit Price | This Estimate |
|---|---|---|---|---|---|---|---|---|---|
| 25000200 | SEEDING CL 2 | 2.400 | 1.970 | 4.370 | 2.400 | 4.370 | 1.970 | $1,500.00 | $2,955.00 |
| 28000400 | PERIMETER EROS BAR | 4,912.000 | -860.500 | 4,051.500 | 3,681.500 | 4,051.500 | 370.000 | $2.00 | $740.00 |
| 66400305 | CH LK FENCE 6 | 38.000 | 253.000 | 291.000 | 213.000 | 291.000 | 78.000 | $55.00 | $4,290.00 |
| FRC01000 | ROADWAY PRESERVATION | 0.000 | 17,973.170 | 17,973.170 | 15,000.000 | 17,973.170 | 2,973.170 | $1.00 | $2,973.17 |
| Total | | | | | | | | | $10,958.17 |



**1152**
**0    014**

**JOB NAME:  IDOT #77**

| | | Estimate #16 | $7,345,347.32 | Est #17 | | $9,412.48 |
|---|---|---|---|---|---|---|
| | | Estimate #7: | $1,837,087.40 | Est #18 | | $59,760.93 |
| | | Est #13 | $100,256.32 | Est #19 | | $43,538.24 |
| | | Est #14 | $24,288.69 | | | |
| | | Est #15 | $47,685.36 | | | |
| | | Est #16 | $172,447.28 | | | |

| Outstanding Waivers | VENDORS | Waivers To Date | Total Billed To Date | Total Outstanding | NOV. | PO | OCT. | PO | CHECKING |
|---|---|---|---|---|---|---|---|---|---|
| $55,788.00 | Assurance Agency | | $56,067.00 | | | | | | |
| $1,281.00 | B & B Project Management | | $1,281.00 | | | | | | |
| $298.17 | Bluff City | | $2,011.40 | | | | | | |
| $1,589.87 | CCS - R&J Construction Supply - Purchase | $1,715.23 | $1,589.87 | | | | | | |
| $7,001.99 | CCS - R&J Construction Supply - Rental | | $7,001.99 | | | | | | |
| | Calumet Harbor Lumber | $1,491.50 | $1,491.50 | | | | | | |
| $3,465.00 | Chicagoland Trucking | $9,485.25 | $12,950.25 | | | | | | |
| $300.00 | Concrete Specialies | | $300.00 | | | | | | |
| $1,845.40 | Conserv FS | | $1,845.40 | | | | | | |
| $10,612.00 | Davidson Supply Co. | | $10,612.00 | | | | | | |
| | E King Trucking | $855.00 | $855.00 | | | | | | |
| $2,160.00 | Earth Inc. | $10,800.00 | $12,960.00 | | | | | | |
| | Environmental Monitoring | $1,050.00 | $1,050.00 | | | | | | |
| | Godwin Pumps | $25,154.06 | $25,154.06 | | | | | | |
| $2,500.00 | Ground Engineering | $2,129.00 | $4,625.00 | | | | | | |
| $722.15 | Gordon Bros. | | $722.15 | | | | | | |
| $1,761.66 | HD Waterworks | $308.76 | $2,070.42 | | | | | | |
| $7,268.79 | H.H. Holmes | $9,853.80 | $25,999.51 | | | | | | |
| | Hanson Materials | $27,902.36 | $27,902.36 | | | | | | |
| | Hardrock Cutters | $16,400.00 | $8,780.00 | | | | | | |
| | Hoving Pit Stop | $3,003.90 | $3,004.00 | | | | | | |
| $2,504.97 | Hoving Clean Sweep | $2,658.21 | $3,849.74 | | | | | | |
| | Industrial Fence | $28,097.45 | $28,097.45 | | | | | | |
| | John Sakash Company | $173.19 | $173.19 | | | | | | |
| $396.60 | Kieft Brothers | $518.30 | $914.90 | | | | | | |
| $563.67 | Lake County Pipe | $996.95 | $1,560.62 | | | | | | |
| $6,472.20 | Lally Pipe & Tube | | $6,472.20 | | | | | | |
| | McCann | $1,160.45 | $1,160.45 | | | | | | |
| | Martinez            Wages | $529,369.58 | $499,072.72 | | | | | | |
| | Martinez Overall Waivers for Vendors Paid | $282,375.80 | $10,308.36 | | | | | | |
| | Martinez - Utility Truck | | | | | | | | |
| $9,520.00 | Martinez - Neenah | | $9,805.60 | | | | | | |
| $41,644.74 | Martinez - Prairie Material | $53,332.26 | $69,717.92 | | | | | | |
| | Martinez - JLA & Sons | $27,000.00 | $27,000.00 | | | | | | |
| $9,900.00 | Martinez - Jack Doherty | | $10,197.00 | | | | | | |
| $24,427.00 | Martinez - Godwin Pumps | | $25,159.81 | | | | | | |
| | Martinez - Chicagoland Trucking | $10,239.00 | $10,546.17 | | | | | | |
| $22,560.00 | Martinez - Earth Inc. | | $23,236.80 | | | | | | |
| $7,974.90 | Meade - T&M | | $7,974.90 | | | | | | |
| $2,497.50 | Menini Trucking | | $2,497.50 | | | | | | |
| | Mid American Water | $9,649.40 | $9,649.40 | | | | | | |
| | Midwest Construction Products | $4,492.20 | $8,276.37 | | | | | | |
| $3,459.12 | Midwest REM | | | | | | | | |
| $1,050.00 | Midwest REM | | $144,534.50 | | | | | | |
| $27,292.38 | Midwest REM - Earth, Inc. | $18,246.00 | $25,055.78 | | | | | | |
| $750.00 | Midwest REM - Vulcan | | $750.00 | | | | | | |
| $206.64 | Nafisco | $1,128.80 | $1,335.72 | | | | | | |
| | Ogden Ave. Materials | $533.14 | $533.14 | | | | | | |

| | VENDORS | Waivers to Date | Total Billed To | Total Outstanding | NOV. | PO | OCT. | PO | WHO CHECKING | INTIAL |
|---|---|---|---|---|---|---|---|---|---|---|
| $31,833.79 | _- Trucking | $366,157.85 | $199,055.L | | | | | | | |
| | Orient - Arthur Lootens | | | | | | | | | |
| | Orient - B&B Proj. Management | | | | | | | | | |
| $5,304.09 | Orient - Bluff City | | $4,414.68 | | | | | | | |
| | Orient - Earth Inc. | | $60,320.00 | | | | | | | |
| $60,970.11 | Orient - Vulcan | $60,320.00 | $101,591.22 | | | | | | | |
| $4,639.90 | Prairie Materials | $84,719.67 | $4,639.90 | | | | | | | |
| | Prairie Preserves | | $13,400.00 | | | | | | | |
| $7,596.75 | Precision Land Surveyors | $13,400.00 | $28,940.75 | | | | | | | |
| | Precision Boring - Materials - Jacking Supplies | $15,908.00 | $88,783.38 | | | | | | | |
| | Precision Boring - Jacking Frame Rental - Kenny Const. | $84,074.13 | $13,500.00 | | | | | | | |
| | Precision Boring - Barbco Rental - Midwest Mole | | $16,745.60 | | | | | | | |
| $75,000.00 | Precision Boring - Tunnel Management Fee | $75,000.00 | $75,000.00 | | | | | | | |
| $170,561.27 | Precision Boring - T&M | $332,966.27 | $409,817.23 | | | | | | | |
| | Precision Boring - JKC Wages | | $0.00 | | | | | | | |
| | RA Seaton - National Concrete | $960,000.00 | $979,620.00 | | | | | | | |
| | RA Seaton - 5% | $28,800.00 | $28,800.00 | | | | | | | |
| | RA Seaton - Welch Bros. | $285,771.85 | $277,872.39 | | | | | | | |
| $63,822.68 | RA Seaton - Landscaping/Walls | $70,513.50 | $134,336.18 | | | | | | | |
| | Rebars and Steel Co. | $340.75 | $340.75 | | | | | | | |
| | Reliable Materials Lyons | $1,296.00 | $1,296.00 | | | | | | | |
| | RW Duntemant | $14,930.00 | $14,930.00 | | | | | | | |
| $13,468.10 | Road Safe | $45,655.58 | $59,449.18 | | | | | | | |
| $2,875.00 | Sterling Lumber | $1,397.00 | $4,097.00 | | | | | | | |
| $8,362.91 | Sugar Steel | $3,362.91 | $0.00 | | | | | | | |
| | Super Excavators | $2,658,161.75 | $2,715,310.65 | | | | | | | |
| $5,201.20 | Thelens | | $5,201.20 | | | | | | | |
| $2,340.00 | TT Technologies | | $2,340.00 | | | | | | | |
| $5,815.00 | True North | | $5,815.00 | | | | | | | |
| $480.00 | United Rentals | | $480.00 | | | | | | | |
| $185.00 | Utility concrete Products | $4,309.80 | $4,559.80 | | | | | | | |
| $1,795.00 | Underground Pipe and Valve | $4,879.47 | $6,674.47 | | | | | | | |
| $350.00 | VIP Sealcoat and Pavement | | $350.00 | | | | | | | |
| | Volmer Clay Products | $9,078.62 | $9,078.62 | | | | | | | |
| $1,157.96 | Vulcan | $4,105.16 | $5,263.12 | | | | | | | |
| | Welch Bros. Inc. | $254.00 | | | | | | | | |
| $25,053.84 | Ziebell Water | $287.25 | $32,741.43 | | | | | | | |
| | | TOTAL | $6,440,917.30 | $0.00 | $0.00 | | $0.00 | | | |