# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

United States of America, et al.

                                                  Plaintiff,

v.                                                           Case No.: 1:17−cv−03062
                                                                  Honorable John J. Tharp Jr.

Joel Kennedy Constructing Corporation, et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 13, 2020:

      MINUTE entry before the Honorable John J. Tharp, Jr:Defendants Barrera Construction, Inc., Chicagoland Truckin, Inc., E. King Construction Co., Inc., JLA & Sons Construction Company, Martinez Underground, Inc., Menini Cartage, Inc., Midwest Rem Enterprises, Inc., and Orient Express Service Company, Inc.'s motion to substitute attorney [57] is granted. No appearance on the motion is required. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.