**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division**

United States of America, et al.

                                               Plaintiff,

v.                                                      Case No.: 1:17−cv−03062
                                                         Honorable John J. Tharp Jr.

Joel Kennedy Constructing Corporation, et al.

                                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 16, 2020:

      MINUTE entry before the Honorable John J. Tharp, Jr:Upon review of the parties' status report [87], the stay of the Court's consideration of the pending motion to dismiss [59] is lifted. The motion is taken under advisement. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.