UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

United States of America, et al.

                Plaintiff,

v.

Joel Kennedy Constructing Corporation, et al.

                Defendant.

Case No.: 1:17−cv−03062
Honorable John J. Tharp Jr.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 6, 2022:

      MINUTE entry before the Honorable John J. Tharp, Jr: Defendants' motion to dismiss [116] is taken under advisement. The City and Mr. Milazzo are directed to respond by 6/2/2022; any reply is due by 6/16. Defendants' motion to seal Exhibit A [118] is granted. The exhibit provisionally filed under seal may remain under seal. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.