**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF ILLINOIS, and CITY OF CHICAGO *ex rel.* ANGELO MILAZZO,<br><br>            Plaintiff-Relator,<br><br>v.<br><br>JOEL KENNEDY CONSTRUCTING CORP., and JOEL W. KENNEDY,<br><br>            Defendants. | No. 17-cv-3062<br><br>Judge John J. Tharp, Jr. |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the entire above-captioned action be and hereby is dismissed without prejudice, with leave to reinstate solely for the purposes of enforcing the Settlement Agreements between the parties and/or entering the Consent Judgment, but not the underlying claims, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, each party to bear its own attorneys' fees and costs.

Dated: January 3, 2023                              Respectfully Submitted,

/s/ Fiona A. Burke

Fiona A. Burke, Chief Asst. Corp. Counsel
City of Chicago, Department of Law
2 N. La Salle, Suite 540
Chicago, IL 60602
(312) 744-6929 / Fiona.Burke@cityofchicago.org
*Attorney for the City of Chicago*

Suyash Agrawal
Massey & Gail LLP
50 E. Washington Street, Suite 400
Chicago, IL 60602
(312) 283-1590 / sagrawal@masseygail.com
*Attorney for Defendants*

Scott Rauscher
Loevy & Loevy
311 N. Aberdeen Street, 3rd Floor
Chicago, IL 60607
(312) 243-5900 / scott@loevy.com
*Attorney for Relator*

**CERTIFICATE OF SERVICE**

    I, Christina Chung, an attorney, hereby certify that on this 3rd of January, 2023, I electronically filed the foregoing **Stipulation of Dismissal** with the Clerk of the Court using the CM/ECF system, which thereby electronically served all counsel of record.

    Respectfully submitted,

    /s/ Christina Chung

    Christina Chung
    Assistant Corporation Counsel
    City of Chicago, Department of Law
    2 N. LaSalle Street, Suite 540
    Chicago, IL 60602
    Fax: (312) 742-3832
    Phone: (312) 744-5218